

NUMBER 13-11-00154-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

MARK STANFORD D/B/A STANFORD CONSULTING,                    Appellant,

v.

DONNA INDEPENDENT SCHOOL DISTRICT,                    Appellee.

---

On appeal from the 139th District Court
of Hidalgo County, Texas.

---

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Benavides
Memorandum Opinion Per Curiam**

Appellant, Mark Stanford d/b/a Stanford Consulting, perfected an appeal from a judgment entered by the 139th District Court of Hidalgo County, Texas, in cause number C-2567-03-C(4). The parties have filed a joint motion to dismiss the appeal on grounds that all matters in controversy between them in this cause have been settled. The parties request that this Court dismiss the appeal.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
3rd day of May, 2012.